> AS IN *UNITED STATES v. FOSLER*, THE ARTICLE 134 SPECIFICATION FAILED TO ALLEGE EITHER POTENTIAL TERMINAL ELEMENT AND THEREFORE FAILED TO STATE AN OFFENSE. COULD APPELLANT PLEAD GUILTY TO A SPECIFICATION THAT FAILED TO STATE AN OFFENSE?

Briefs will be filed under Rule 25.

No. 12–0071/AR. U.S. v. Robert M. Bigback. CCA 20101044. Review granted on the following issue:

> WHETHER THE SPECIFICATION OF CHARGE II FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT ALLEGE, EXPRESSLY OR BY NECESSARY IMPLICATION, THE 'TERMINAL ELEMENT' AS

REQUIRED BY *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

Briefs will be filed under Rule 25.